No. 75–6709. SELEDON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6710. WISHON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6712. BELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6713. CACACE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6714. HAIGHT *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 75–6715. HARMAN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 75–6716. KEARNEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–6717. KATO *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 75–6720. GIDLEY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6722. BUCKLEY *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 75–6723. SHADD *v.* THORNBURG ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–6724. GRAY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–6726. SLATON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 75–6727. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.